Sharon BELCHER *v.* HOLIDAY INN

CA 94-465                                              900 S.W.2d 215

Court of Appeals of Arkansas
En Banc
Opinion delivered June 28, 1995

*Walker Law Firm*, by: *Eddie H. Walker, Jr.*, for appellant.

*Charles Garver, Jr.*, for appellee.

PER CURIAM. By opinion handed down on April 5, 1995, we reversed and remanded this case to the Arkansas Workers' Compensation Commission. The Commission had found appellant was entitled to compensation for medical benefits and physical impairment but denied wage loss disability in any amount. We remanded for a new determination as to wage loss disability "consistent" with our opinion.

Counsel for appellant has filed a motion for attorney's fees pursuant to Ark. Code Ann. § 11-9-715(b) (1987). We think a fee is proper. *See Cagle Fabricating & Steel, Inc.* v. *Patterson*, 43 Ark. App. 79, 861 S.W.2d 114 (1993); *Crow* v. *Weyerhaeuser Co.*, 41 Ark. App. 225, 852 S.W.2d 334 (1993). Therefore, we grant appellant's motion and award a fee of $500.00.